## Commonwealth *v.* O'Brien, Appellant.

Argued November 13, 1967. *Marjorie Hanson Matson,* for appellant; *Arnold W. Hirsch,* First Assistant District Attorney, with him *Harold V. Fergus,* District Attorney, for Commonwealth, appellee.

740

Judgment of sentence affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.